AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Jacqueline West

V.

John E. Potter

### SUMMONS IN A CIVIL CASE

C.

CASE NUMBER  1:06CV00531

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 03/21/2006

TO: (Name and address of Defendant)

John E. Potter
Postmaster General
475 L'enfant Plaza SW
Washington, DC 20260

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Beattie
9502 B. Lee Highway
Fairfax, VA 22031

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

MAR 2 1 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | May 11, 2006 |
| NAME OF SERVER *(PRINT)* Khadija Belhouss | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: Postmaster General 475 Lenfant Plaza sw washington DC 20260

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Loren Clark

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 75.00 | TOTAL 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 11, 2006
Date

_____
Signature of Server

4201 S. 13th Street #21
Arlington VA 22204
*Address of Server*

RECEIVED

MAY 19 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.