AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Jacqueline West

v.

John E. Potter

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00531

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 03/21/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th St. NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Beattie
9502 B Lee Highway
Fairfax, VA 22031

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

MAR 21 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 11, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Khadija BelHouss | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 555 4th St. NW Washington DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _N[eh?] J. Muhammad 5/11/06_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 75.00 | 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 11, 2006

*Signature of Server*

Address of Server: 4201 S. 13th Street, #21, Arlington VA 22204

RECEIVED
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.