**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACQUELINE WEST, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civ. No.: 06-531 (HHK) |
| | )    ECF |
| JOHN POTTER, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**DEFENDANT'S CONSENT MOTION FOR**
**AN EXTENSION OF TIME**

Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests the Court for an extension of time from July 10, 2006, to August 10, 2006, to respond to Plaintiff Jacqueline West's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion. A scheduling order has not been issued by the Court. This is Defendant's first request for an extension of time in this case.

There is good cause to grant this Motion. Ms. West files this lawsuit under the ADEA and Title VII alleging discrimination based on her age and gender, and retaliation for her prior protected activity. Although Ms. West does not cite to the Rehabilitation Act, it appears that she is also asserting a disability discrimination claim (extreme stress and post-traumatic stress disorder). Ms. West's five-count complaint consists of 112 separate paragraphs (not including sub-paragraphs).

Defendant is still in the process of evaluating Ms. West's voluminous allegations and needs additional time to complete that process. Defendant anticipates completing the evaluation process soon. Furthermore, additional time is also needed because agency counsel is scheduled

to be out of town for the next two weeks. Agency counsel's input is needed to prepare an appropriate response to Ms. West's myriad allegations.

    For these reasons, Defendant respectfully requests the Court for an extension of time from July 10, 2006, to August 10, 2006, to respond to Ms. West's Complaint.

Dated: July 7, 2006.                        Respectfully Submitted,

      /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

      /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.: 06-531 (HHK) |
| | ) ECF |
| JOHN POTTER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including August 10, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge