UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>JOHN POTTER, )<br>  )<br>  Defendant. )<br>_____) | Civ. No.: 06-531 (HHK)<br>ECF |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests the Court for an extension of time from August 10, 2006, to September 10, 2006, to respond to Plaintiff Jacqueline West's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Ms. West's counsel consented to this Motion. A scheduling order has not been issued by the Court.

There is good cause to grant this Motion. Ms. West files this lawsuit under the ADEA and Title VII alleging discrimination based on her age and gender, and retaliation for her prior protected activity. Although Ms. West does not cite to the Rehabilitation Act, it appears that she is also asserting a disability discrimination claim (extreme stress and post-traumatic stress disorder). Ms. West's five-count complaint consists of 112 separate paragraphs (not including sub-paragraphs).

Defendant needs additional time to complete evaluating Ms. West's lengthy complaint. Specifically, the undersigned was out of the office for several days during the past two weeks for deposition preparation and defense. Most recently, the undersigned had an urgent matter that

began on Thursday and continued until yesterday.  In fact, the undersigned was out of the office yesterday for that matter.  Furthermore, the agency counsel assigned to this case had other prior commitments that prevented her from assisting the undersigned complete the review of this case.  Given these circumstances, the undersigned needs an extension of time to complete evaluating Ms. West's complaint to prepare an appropriate response.  Furthermore, this extension is needed so that the undersigned can circulate any draft response for client and supervisory review prior to filing it with the Court.

     For these reasons, Defendant respectfully requests the Court for an extension of time from August 10, 2006, to September 10, 2006, to respond to Ms. West's Complaint.

Dated:  August 9, 2006.                                        Respectfully Submitted,


                                                /s/   Kenneth L. Wainstein
                                         KENNETH L. WAINSTEIN, D.C. BAR #451058
                                         United States Attorney


                                                /s/   Rudolph Contreras
                                         RUDOLPH CONTRERAS, D.C. BAR #434122
                                         Assistant United States Attorney

                                                /s/   John C. Truong
                                         JOHN C. TRUONG, D.C. BAR #465901
                                         Assistant United States Attorney
                                         555 Fourth Street, N.W.
                                         Washington, D.C.  20530
                                         (202) 307-0406

                                         Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 10, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge