**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACQUELINE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-531 (HHK) |
| | ) | ECF |
| JOHN POTTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR**
**AN EXTENSION OF TIME**

Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests the Court grant an extension of time from September 11, 2006, to September 15, 2006, to respond to Plaintiff Jacqueline West's Complaint.  Pursuant to Local Rule 7(m), the parties conferred and Ms. West's counsel consented to this Motion.  A scheduling order has not been issued by the Court.

There is good cause to grant this Motion.  Ms. West files this lawsuit under the ADEA and Title VII alleging discrimination based on her age and gender, and retaliation for her prior protected activity.  Although Ms. West does not cite to the Rehabilitation Act, it appears that she is also asserting a disability discrimination claim (extreme stress and post-traumatic stress disorder).  Defendant fully intended to respond to Ms. West's Complaint by September 11, 2006, the due date; however, the undersigned was in Utah for a deposition for most of last week and did not have an opportunity to finalize the response for filing today.  In fact, the undersigned and agency counsel continued to work on the response to the Complaint over the weekend but could not complete it in time for filing by the due date.  Indeed, due to the length of Ms. West's

Complaint (112 paragraphs) and the breadth of the issues (some issues date back to 1997), the undersigned and agency counsel need additional time to complete evaluating the merits of all of the allegations. Furthermore, the undersigned needs additional time to circulate any draft response for client and supervisory review prior to filing it with the Court.

For these reasons, Defendant respectfully requests the Court for an extension of time from September 11, 2006, to September 15, 2006, to respond to Ms. West's Complaint.

Dated: September 11, 2006.               Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR**
**AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 15, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge