**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACQUELINE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-531 (HHK) |
| | ) | ECF |
| JOHN POTTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR**
**AN EXTENSION OF TIME**

Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests the Court grant a two-business day extension of time from September 15, 2006, to September 19, 2006, to respond to Plaintiff Jacqueline West's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Ms. West's counsel consented to this Motion. A scheduling order has not been issued by the Court.

There is good cause to grant this Motion. Ms. West files this lawsuit under the ADEA and Title VII alleging discrimination based on her age and gender, and retaliation for her prior protected activity. Although Ms. West does not cite to the Rehabilitation Act, it appears that she is also asserting a disability discrimination claim (extreme stress and post-traumatic stress disorder). Defendant fully intended to respond to Ms. West's Complaint by September 15, 2006, the due date; however, the undersigned had multiple work commitments, including four filings, during this past week that prevented the undersigned from completing preparing a response to the Complaint. Moreover, the undersigned was involved in a mediation yesterday that lasted longer than anticipated. The undersigned and agency counsel continue to work on the response

and expect to respond to Ms. West's Complaint by next week.

For these reasons, Defendant respectfully requests the Court for a two-business day extension of time from September 15, 2006, to September 19, 2006, to respond to Ms. West's Complaint.

Dated: September 15, 2006.　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　 /s/   Kenneth L. Wainstein
　　　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR #451058
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　 /s/   Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　 /s/   John C. Truong
　　　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 19, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge