UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, )<br>                               )<br>    Plaintiff,               )<br>                               )<br>    v.                           )<br>                               )<br>JOHN POTTER,        )<br>                               )<br>    Defendant.           )<br>_____ ) | Civ. No.: 06-531 (HHK)<br>ECF |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

      Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests the Court grant a one-business day extension of time from September 19, 2006, to September 20, 2006, to respond to Plaintiff Jacqueline West's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Ms. West's counsel opposes this Motion. A scheduling order has not been issued by the Court.

      There is good cause to grant this Motion. Defendant fully intended to respond to Ms. West's Complaint by September 19, 2006, the due date. Defendant's response will be in the form of a dispositive motion. Completion of that motion was delayed because the undersigned had a meeting this morning that lasted longer than anticipated and because the undersigned experienced computer problems. The motion could not, therefore, be finalized in time for supervisory review and submission to the Court today.

      For these reasons, Defendant respectfully requests the Court for a one-business day extension of time from September 19, 2006, to September 20, 2006, to respond to Ms. West's Complaint.

Dated: September 19, 2006.                Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACQUELINE WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. No.: 06-531 (HHK) |
| | )   ECF |
| JOHN POTTER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR**
**AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 20, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge