UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 99-1975 (TFH)<br>WILLIAM J. HENDERSON, )<br>POSTMASTER GENERAL, )<br>UNITED STATES POSTAL SERVICE. )<br>)<br>Defendant. )<br>) | |

### DECLARATION OF ARDINE HARLEY

I, Ardine Harley, declare the following to be true and correct:

1. I am currently the Senior Plant Manager, Mid-Carolinas Cluster, Charlotte, North Carolina. I have held this position since January 16, 2000.

2. From March 26, 1996 to January 15, 2000 I held the position of Plant Manager, Washington, D.C. Processing and Distribution Center (P&DC).

3. I have worked for the Postal Service for 29 years.

4. I am an African American male.

5. On or about Friday April 24, 1998, at approximately 3-4 p.m., I received a phone call from William Craig of the Postal Service's Crisis Management Team. Mr. Craig informed me that he had received a phone call from Dr. Resnick, Suburban Hospital, regarding Michael Edwards, a mechanic at the P&DC. Mr. Craig informed me that Dr. Resnick had told him that Mr. Edwards was hospitalized at Suburban Hospital for high blood pressure, that he was furious with two unnamed female supervisors at the

CONFIDENTIAL

P&DC and that he was potentially homicidal. Dr. Resnick had suggested that Mr. Edwards should be removed from the supervision of female supervisors and assigned to a male supervisor. It was never communicated to the Postal Service that Ms. West was one of Mr. Edwards' intended victims.

6. After talking to Mr. Craig, I immediately contacted Robyn Ford, the Employee Assistance Program (EAP) coordinator. Although Mr. Edwards had not indicated to his doctor that his anger was directed at a particular female supervisor, Ms. Ford and I decided it would be best to inform Ms. Jacqueline West and Ms. Sharon Claude-Bennett, two female supervisors assigned to the Maintenance Department where Mr. Edwards worked. Ms. West and Ms. Claude-Bennett were informed late on the afternoon of April 24, 1998.

7. I informed Ms. West and Ms. Claude-Bennett that Mr. Edwards would not be returning to the facility until he was fully cleared, fit for duty and posed no threat to any employee. I also informed Ms. West that she would have weekends off starting immediately[1] because I only wanted her working during the times when there was maximum security available to her at the P&DC. I also relieved Ms. West of her supervisory duties and permitted her to park in the back of the P&DC, in an effort to further protect her. Ms. West did not express any fear for her personal safety during this meeting. Ms. West appeared to be satisfied with this arrangement.

8. On April 24, 1998, I asked Sargent Moorman of the Postal Police to obtain a photo of Mr. Edwards and to not allow him to enter the building until he was cleared for duty. Sgt. Moorman put up a flyer with a picture of Mr. Edwards on it at the employees' entrance of the P&DC.

CONFIDENTIAL

9. To further protect Ms. West, in early May 1998, I asked Mr. Bennie Robinson, Senior Plant Manager, Southern Maryland P&DC, Capital Heights, Maryland, if he could accept Ms. West in his plant on a maintenance detail. Bennie Robinson agreed to detail Ms. West to the position of Supervisor of Maintenance Operations. Ms. West initially rejected my detail offer.

10. Mr. Edwards remained out of the workplace for a long period of time in a leave without pay status. Accordingly, in late May 1998, approximately five weeks after the incident, I determined Ms. West could return to her normal tour. When I communicated to Ms. West my decision to return her to her normal tour, she indicated that she wanted her weekends off and that she was still afraid. Shortly thereafter, Ms. West filed a police report, sought medical attention for stress and filed a stress claim. During June 1998, Ms. West was out of work for stress-related complaints.[2]

11. On or about June 30, 1998, Mr. Edwards provided the medical unit with medical documentation clearing him to return to work.

12. In early July 1998, Ms. West accepted my previous offer of a detail assignment at the Southern Maryland P&DC. After arriving at Southern Maryland, Ms. West made efforts to obtain a permanent position in that facility with weekends off. However, Mr. Robinson refused to make Mr. West a permanent employee if she insisted on having her weekends off. Ms. West bid on a position of Supervisor of Maintenance Operations, EAS 16, at the Southern Maryland P&DC and was selected for the position. However, she declined it, as the non-scheduled days were Tuesday and Wednesday. Ms.

---

[1] Prior to this incident, Ms. West's scheduled days off were Sunday and Monday.
[2] Ms. West's stress claim was denied by the Department of Labor.

3

CONFIDENTIAL

West remained on detail at the Southern Maryland facility until the time I left my position as Plant Manger, Washington, D.C. P&DC, on January 14, 2000.

I declare under penalty of perjury that the foregoing is true and correct.

*ARDINE HARLEY*
Sr. Plant Manager
Mid-Carolinas Cluster

Executed on this 9th day of September 2000.

CONFIDENTIAL