## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JACQUELINE WEST,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| **JOHN E. POTTER,** | : | **Civil Action No. 06-00531 (HHK)** |
| **Postmaster General,** | | |
| **United States Postal Service,** | : | |
| **Defendant** | : | |

...oOo...

## DECLARATION OF STEVEN A. MUMMENDEY

I, Steven A. Mummendey, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently a Maintenance Engineering Analyst for the Capital Metro Area in Gaithersburg, Maryland.

2. Previously, from December 1997 to September 2003, I worked as a Maintenance Engineering Specialist at the Curseen & Morris Processing and Distribution Center (P&DC) (formerly Brentwood) in Washington, D.C.

3. I supervised Jacqueline West from November 2001 until December 2003 when the maintenance employees and I returned to the P&DC after fumigation.

4. Beginning in October 2003, Ms. West was managing a job bidding system for craft employees. I performed this duty as a Level 18 employee from 1997-2003. When I was promoted to a Level 23 employee on September 23, 2003, I continued to perform this task until it was transferred to Ms. West in October 2003. After Ms. West stopped coming to work in May 2005, I took the task over once again because I was familiar with it.

5. The task of managing the job bidding system took me a couple of hours a week. The bulk of my job responsibilities as a maintenance manager at the P&DC, however, consisted of managing maintenance supervisors and craft employees.

6. Managing the job bidding system is a collateral duty that can be performed by employees at various levels. I am aware that in some facilities it is performed by Level 5 or 6 Maintenance Support Clerks.

7. I am unaware of any settlement agreement Ms. West has or had with the Postal Service.

8. At no time did Ms. West complain about administrative duties or indicate that she should receive higher level pay for performing them.

9. On May 31, 2005, Plaintiff left work abruptly and never returned.

10. Time and attendance records indicate that in the remainder of the pay period immediately following Ms. West's departure, she was charged 66 hours of annual leave from June 1-10, 2005. (Exhibit (Ex.) 1). She was not charged any other type of leave during the remainder of this pay period, i.e., June 1-10, 2005.

2

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

_____
STEVEN A. MUMMENDEY
Maintenance Engineering Analyst

Executed on this 18th day of September 2006.

EXHIBIT 1

**UNITED STATES POSTAL SERVICE ®**

| | |
|---|---|
| User ID: FCRXR0 | |

| | | | |
|---|---|---|---|
| Report: | TAC500R3 | | Date: 09/18/06 |
| YrPPWk: | 2005-11-1 to 2005-13-1 | Restricted USPS T&A Information | Time: 09.25 PM |
| Fin. #: | 10-5001 | CURSEEN-MORRIS P&DC | Page: 5 |
| | | Employee Everything Report | |

| | | | |
|---|---|---|---|
| YrPPWk: | 2005-12-1 | Weekly | |
| Sub-Unit: | 0000 | | |

| Pay Loc/Fin. Unit | 620 / 0000 | Variable EAS | N | Annual Lv Bal. | 672.00 | FMLA Hrs | 1764.00 |
|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX-0398 | Borrowed | N | Sick Lv Bal. | 2077.31 | FMLA Used | 00.00 |
| Employee Name | WFST | J | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 06-7 | 3500 | 9330-00 | E0 | 17 | S | 000000 | 10-5001 | | 2005-12-1 | 2005-12-1 | 07.00 | 16.00 | 1.00 | Y | –MTWTF |

**Processed Clock Rings**

Monday
| | | | |
|---|---|---|---|
| Base | | 05800: 008.00 | |
| EBR # | | | |

Tuesday
| | | | |
|---|---|---|---|
| Base | | 05200: 008.00 | |
| EBR # | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 999-9998 | BT | 05/31 | 07.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 05/31 | 06.05 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |
| 999-9999 | OL | 05/31 | 11.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 05/31 | 10.03 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |
| 999-9999 | ET | 05/31 | 11.53 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 06/02 | 04.87 (W)Ring Deleted From PC |
| | | | | | | | | | XXX-XX-9999 | 06/02 | 05.68 |
| 888-8888 | 05501 | 05/31 | 11.53 | 10-5001 | 9330-00 | 000000 | 03.98 | XXX-XX-3558 | 06/02 | 05.80 (W)Ring Deleted From PC |
| | | | | | | | | | XXX-XX-3558 | 06/02 | 05.67 |
| 990-9999 | IL | 05/31 | 12.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 05/31 | 11.03 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |
| 999-9999 | ET | 05/31 | 16.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 05/31 | 15.05 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |

Wednesday
| | | | |
|---|---|---|---|
| Base | | 05501: 008.00 | |
| EBR # | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 888-8888 | 05501 | 06/01 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-3558 | 06/02 | 05.85 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |
| 999-9999 | BT | 06/01 | 07.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 06/01 | 06.05 (W)Ring Deleted From PC |
| | | | | | | | | | XXX XX 9999 | 06/02 | 04.92 |
| 999-9999 | OL | 06/01 | 11.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 06/01 | 10.05 (W)Ring Deleted From PC |
| | | | | | | | | | XXX XX 9999 | 06/02 | 04.92 |
| 999-9999 | IL | 06/01 | 12.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 06/01 | 11.03 (W)Ring Deleted From PC |
| | | | | | | | | | XXX-XX-9999 | 06/02 | 04.92 |
| 999-9999 | ET | 06/01 | 16.00 | 10-5001 | 9330-00 | 000000 | __.__ | XXX-XX-9999 | 06/01 | 15.03 (W)Ring Deleted From PC |
| | | | | | | | | | XXX XX 9999 | 06/02 | 04.92 |

Thursday
| | | | |
|---|---|---|---|
| Base | | 05501: 008.00 | |
| EBR # | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 888-8888 | 05501 | 06/02 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-3558 | 06/02 | 05.85 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |

Friday
| | | | |
|---|---|---|---|
| Base | | 05501: 008.00 | |
| EBR # | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 888-8888 | 05501 | 06/03 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-3558 | 06/02 | 05.65 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |

| Weekly Total | | | | | |
|---|---|---|---|---|---|
| Paid Hours : | Base | 052: 008.00 | 055: 024.00 | 058: 008.00 | |
| TACS Hours : | Base | 052: 008.00 | 055: 024.00 | 058: 008.00 | |

**Un-Processed Rings**

EBR#

**UNITED STATES POSTAL SERVICE ®**

| | | | |
|---|---|---|---|
| Report: | TAC500R3 | | User ID: FGBXB0 |
| Yr/PPWk: | 2005-11-1 to 2005-13-1 | Restricted USPS T&A Information | Date: 09/18/06 |
| | | CURSEEN-MORRIS P&DC | Time: 09:25 PM |
| Fin. #: | 10-5001 | Employee Everything Report | Page: 6 |

| Yr/PPWk: | 2005-12-2 | | Weekly | |
|---|---|---|---|---|
| Sub-Unit: | 0000 | | | |

| Pay Loc/Fin. Unit | 620 / 0000 | Variable EAS | N | Annual Lv Bal. | 872.00 | FMLA Hrs | 1764.00 |
|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX 9398 | Borrowed | N | Sick Lv Bal. | 2077.31 | FMLA Used | 00.00 |
| Employee Name | WEST | J | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 06-7 | 3500 | 9330-00 | E0 | 17 | S | 000000 | 10-5001 | | 2005-12-2 | 2005-12-2 | 07.00 | 16.00 | 1.00 | Y | S-TWTF |

**Processed Clock Rings**

Saturday

Base      05501: 008.00
EBR #

| 999-9999 | BT | 06/04 | 07.00 | 10-5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/08 | 12.35 (W)Ring Deleted From PC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.23 |
| 888-8888 | 05501 | 06/04 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-6218 | 06/09 | 14.17 |
| | | | | | | | | - - | / | 00.00 |
| 000-0000 | 05501 | 06/04 | 07.00 | 10 5001 | 9330-00 | 000000 | 08.00 | XXX-XX-6218 | 06/09 | 10.23 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 13.20 |
| 999-9999 | OL | 06/04 | 11.00 | 10 5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/08 | 12.35 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.23 |
| 999-9999 | IL | 06/04 | 12.00 | 10-5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/08 | 12.35 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.23 |
| 999 9999 | ET | 06/04 | 16.00 | 10-5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/08 | 12.35 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX 9999 | 06/09 | 10.23 |

Tuesday

Base      05501: 008.00
EBR #

| 888-8888 | 05501 | 06/07 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-6218 | 06/09 | 14.20 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - - | / | 00.00 |
| 999-9999 | BI | 06/07 | 07.00 | 10-5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |
| 000-0000 | 05501 | 06/07 | 07.00 | 10-5001 | 9330 00 | 000000 | 08.00 | XXX-XX-6218 | 06/09 | 10.28 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 13.22 |
| 888-8888 | 05501 | 06/07 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-3558 | 06/07 | 03.07 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-3558 | 06/08 | 09.08 |
| 999-9999 | OL | 06/07 | 11.00 | 10 5001 | 9330 00 | 000000 | | XXX XX 9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |
| 999-9999 | IL | 06/07 | 12.00 | 10 5001 | 9330 00 | 000000 | | XXX XX 9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |
| 999-9999 | ET | 06/07 | 16.00 | 10-5001 | 9330 00 | 000000 | | XXX-XX-9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |

Wednesday

Base      05501: 008.00
EBR #

| 888-8888 | 05501 | 06/08 | 07.00 | 10 5001 | 9330 00 | 000000 | 08.00 | XXX-XX 6218 | 06/09 | 14.20 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - - | / | 00.00 |
| 999-9999 | BT | 06/08 | 07.00 | 10 5001 | 9330 00 | 000000 | | XXX XX 9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |
| 000-0000 | 05501 | 06/08 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-9999 | 06/09 | 10.28 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 13.22 |
| 888-8888 | 05501 | 06/08 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 | XXX-XX-3558 | 06/07 | 03.07 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-3558 | 06/08 | 09.08 |
| 999 9999 | OL | 06/08 | 11.00 | 10-5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |
| 999 9999 | IL | 06/08 | 12.00 | 10 5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |
| 999-9999 | FT | 06/08 | 18.00 | 10-5001 | 9330-00 | 000000 | | XXX-XX-9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | | XXX XX-9999 | 06/09 | 10.28 |

**UNITED STATES POSTAL SERVICE ®**

| | |
|---|---|
| **Report:** TACS00R3 | User ID: FCBX80 |
| **YrPPWk:** 2005-11-1 to 2005-13-1 | Date: 09/18/06 |
| **Fin. #:** 10-5001 | Time: 09:25 PM |
| | Page: 7 |

Restricted USPS T&A Information
CURSEEN-MORRIS P&DC
Employee Everything Report

| | | | |
|---|---|---|---|
| **YrPPWk:** 2005-12-2 | | Weekly | |
| **Sub-Unit:** 0000 | | | |

| Pay Loc/Fin. Unit | 620 / 0000 | Variable EAS | N | Annual Lv Bal. | 672.00 | FMLA Hrs | 1/64.00 |
|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX-9398 | Borrowed | N | Sick Lv Bal. | 2077.31 | FMLA Used | 00.00 |
| Employee Name | WEST | J | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

### Processed Clock Rings

**Thursday**

| | Base | | 05501: 008.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | EBR # | | | | | | | | |
| 868-8888 | 05501 | 06/09 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 XXX-XX-6218 | 06/09 | 14.20 |
| | | | | | | | - - | _/_ | 00.00 |
| 999-9999 | BT | 06/09 | 07.00 | 10-5001 | 9330-00 | 000000 | _._ XXX-XX-9999 | 06/09 | 08.10 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |
| 888-8888 | 05501 | 06/09 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 XXX-XX-3558 | 06/07 | 03.07 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-3558 | 06/09 | 09.08 |
| 000-0000 | 05501 | 06/09 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 XXX-XX-6218 | 06/09 | 10.28 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/09 | 13.25 |
| 999-9999 | OI | 06/09 | 11.00 | 10-5001 | 9330-00 | 000000 | _._ XXX-XX-9999 | 06/09 | 10.03 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/09 | 10.28 |

**Friday**

| | Base | | 05501: 008.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | EBR # | | | | | | | | |
| 888-8888 | 05501 | 06/10 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 XXX-XX-6218 | 06/09 | 14.20 |
| | | | | | | | - -_ | _/_ | 00.00 |
| 888-8888 | 05501 | 06/10 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 XXX-XX-3558 | 06/07 | 03.07 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-3558 | 06/09 | 09.08 |
| 000-0000 | 05501 | 06/10 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 XXX-XX-6218 | 06/09 | 10.30 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/09 | 13.25 |

**Weekly Total**

| Paid Hours : | Base | 055. 040.00 |
|---|---|---|
| TACS Hours : | Base | 055: 040.00 |

### Un-Processed Rings

| | FBR# | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 999-9999 | BT | 06/06 | 07.00 | 10-5001 | 9330-00 | 000000 | . XXX-XX-9999 | 06/06 | 06.06 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/07 | 02.12 |
| 888-8888 | 05501 | 06/06 | 07.00 | 10-5001 | 9330-00 | 000000 | 08.00 XXX-XX-3558 | 06/07 | 03.07 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-3558 | 06/09 | 09.08 |
| 888-9999 | OL | 06/05 | 11.00 | 10-5001 | 9330-00 | 000000 | _._ XXX-XX-9999 | 06/06 | 10.03 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/07 | 02.12 |
| 999-9999 | II | 06/06 | 12.00 | 10-5001 | 9330-00 | 000000 | _._ XXX-XX-9999 | 06/06 | 11.03 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/07 | 02.12 |
| 999-9999 | ET | 06/06 | 16.00 | 10-5001 | 9330-00 | 000000 | . XXX-XX-9999 | 06/06 | 15.03 (W)Ring Deleted From PC |
| | | | | | | | XXX-XX-9999 | 06/07 | 02.12 |



**UNITED STATES POSTAL SERVICE**

| | | |
|---|---|---|
| Report: | TAC500R3 | User ID: FCBX80 |
| YrPPWk: | 2005-11-1 to 2005-13-1 | Date: 08/18/06 |
| Fin. #: | 10 5001 | Time: 09:25 PM |

Restricted USPS T&A Information
CURSEEN-MORRIS P&DC
Employee Everything Report

Page: 8

YrPPWk: 2005-13-1     Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 520 / 0000 | | | Variable EAS | N | Annual Lv Bal. | 608.00 | FMLA Hrs | 1700.00 |
|---|---|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX-9398 | | | Borrowed | N | Sick Lv Bal. | 2081.31 | FMLA Used | 00.00 |
| Employee Name | WEST | | J | Auto H/L | N | LWOP Lv Bal | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 06-7 | 3500 | 9330-00 | E0 | 17 | S | 000000 | 10-5001 | | 2005-13-1 | 2005-13-1 | 07.00 | 16.00 | 1.00 | Y | S-TWTF |

**Processed Clock Rings**

**Saturday**
  Base          05501: 008.00
  EBR #
  888-8888 05501 06/11    07.00 10-5001 9330-00 000000    08.00 XXX-XX 6218   06/09   14.20
                                                              —.—.—        /       00.00

**Tuesday**
  Base          05501: 008.00
  EBR #
  888-8888 05501 06/14    07.00 10-5001 9330-00 000000    08.00 XXX-XX-6218   06/15   10.00
                                                                                       00.00
  000-0000 05501 06/14    07.00 10-5001 9330-00 000000    08.00 XXX-XX-6218   06/13   14.20  (W)Ring Deleted From PC
                                                              XXX-XX-9999   06/15   09.05

**Wednesday**
  Base          05501: 008.00
  EBR #
  888-8888 05501 06/15    07.00 10-5001 9330-00 000000    08.00 XXX-XX-6218   06/15   10.00
                                                              —.—.—        /       00.00
  999-9999 BT       06/15    07.00 10-5001 9330-00 000000    —.— —  XXX-XX 9999   06/15   06.03  (W)Ring Deleted From PC
                                                              XXX-XX-9999   06/15   09.05

**Thursday**
  Base          05501: 008.00
  EBR #
  888-8888 05501 06/16    07.00 10 5001 9330-00 000000    08.00 XXX-XX-6218   06/15   10.00
                                                              —.—.— —    —/—     00.00

**Friday**
  Base          05501: 008.00
  EBR #
  888-8888 05501 06/17    07.00 10 5001 9330-00 000000    08.00 XXX-XX-6218   06/15   10.00
                                                              —.—.—        /_     00.00

**Weekly Total**
  Paid Hours :     Base     055: 040.00
  TACS Hours .     Base     055: 040.00

**Un-Processed Rings**
  EBR#