## Pleasant, Claudia J - Washington, DC

**From:** Pleasant, Claudia J - Washington, DC
**Sent:** Thursday, July 28, 2005 4:51 PM
**To:** 'Mike Beattie'
**Subject:** RE: Jacqueline West
**Importance:** High
**Sensitivity:** Confidential

**As previously stated, any violation/breach of EEO settlement Agreement would be processed separate from this inquiry. If you are claiming violation/breach of EEO Settlement you need to write to the Manager, EEO Dispute Resolution, 9201 Edgeworth Drive, Capitol Heights, MD 20790-7606, identifying the EEO Settlement/Agreement and case number that was breached with supportive documentation. The Postal Service will respond in accordance with 29 C.F.R. 1614.504.**

-----Original Message-----
**From:** Mike Beattie [mailto:mbeattielaw@yahoo.com]
**Sent:** Thursday, July 28, 2005 10:57 AM
**To:** Pleasant, Claudia J - Washington, DC
**Subject:** RE: Jacqueline West

Ms. Pleasant,

I am writing you today in an effort to clarify a point in regards to Ms. Jacqueline West's complaint. In our statement we sent you on Monday, July 25, we stated:

"The terms of this agreement [the "EEO agreement"] are outlined in Ms. West's complaint. Besides a piece of paper whereon one management official hand-wrote the terms, there is no written documentation as to this agreement. However, all of its terms have been recognized, executed, followed, and upheld over the past 5.5 years--quite a large amount of time--until Mr. Adams joined the picture and decided to ignore them."

Further research into the matter has shown that we do, in fact, have separate documentation as to each of the terms USPS agreed to in connection with the settlement agreement. This documentation shows that each of the terms were recognized, agreed to, and executed. We are happy to provide copies of such documentation upon request.

I apologize for not including this in our original statement on Monday. If the matter has been forwarded to other individuals, would you please send them a copy of this message or, in turn, advise us as to whom we may send a copy of this message to.

Thank you for your assistance. We appreciate your understanding.

Michael Beattie

Beattie & Associates, PLLC
9502-B Lee Highway
Fairfax, VA 22031
Phone (703) 267-5784
Fax (703) 385-0074



7/28/2005

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

**"Pleasant, Claudia J - Washington, DC"** <claudia.j.pleasant@usps.gov> wrote:

> I am looking forward to receiving any changes by close of business, Monday, July 25 2005. Thanks! Claudia L. Pleasant, EEO DRS
>
> -----Original Message-----
> **From:** Mike Beattie [mailto:mbeattielaw@yahoo.com]
> **Sent:** Friday, July 22, 2005 1:22 PM
> **To:** Pleasant, Claudia J - Washington, DC
> **Subject:** Jacqueline West
>
> Ms. Pleasant,
>
> We received your letter today (Friday, July 22) concerning Ms. West's complaint. In your letter, you requested any changes to the timeline you presented be communicated within three calendar days. Accordingly, we will counsel with Ms. West about these matters and be in touch with you no later than close of business on Monday, July 25.
>
> Michael Beattie
>
> Beattie & Associates, PLLC
> 9502-B Lee Highway
> Fairfax, VA 22031
> Phone (703) 267-5784
> Fax (703) 385-0074
>
> The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.
>
> Do You Yahoo!?
> Tired of spam? Yahoo! Mail has the best spam protection around
> http://mail.yahoo.com

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

## Beattie & Associates, PLLC

9502-B LEE HIGHWAY • FAIRFAX, VA • 22031
PHONE: 703-267-5784 • FAX: 703-385-0074
E-MAIL: MJBEATTIE@VERIZON.NET
WWW.BEATTIEANDASSOCIATES.COM

July 25, 2005

Ms. Pleasant,

Thank you for providing us the opportunity to review and respond to your letter. As you know, this matter is extremely important to our client and will have significant impacts on several aspects of her life.

Perhaps I could, if I may, start with a brief explanation as to the "EEO settlement" Ms. West's complaint refers to. This was a settlement agreement between Ms. West and USPS that was made in exchange for her dropping all of her EEO cases against them; hence the chosen terminology in Ms. West's complaint. The terms of this agreement are outlined in Ms. West's complaint. Besides a piece of paper whereon one management official hand-wrote the terms, there is no written documentation as to this agreement. However, all of its terms have been recognized, executed, followed, and upheld over the past 5.5 years—quite a large amount of time—until Mr. Adams joined the picture and decided to ignore them. Thus, there is no case number to Ms. West's agreement. I hope this clears up any confusion surrounding what we have referred to as her "EEO settlement".

Ms West's complaint presents a timeline of events that took place over the course of the last several years. None of this information is intended to be presented as a matter of mere background information. Rather, Ms. West is alleging a continual violation of her rights that began as early as 1996 and continues to this day. Each of the events presented in the timeline constitutes a link in the chain of discrimination against Ms. West.

Ms. West has been aggrieved by management's actions in a number of ways. She has suffered from Post Traumatic Stress Disorder, is out of work, is losing approximately 25% of her salary because of her job-related injury, is missing opportunities to apply for promotions at work, is missing opportunities for over-time work/pay, and is being charged AWOL for her job-related injury. The financial consequences of these grievances have accumulated quickly and are growing to be a rather large sum of money.

Turning to the specifics of the timeline, we would like to change/clarify the following events:

1. 5/27/2005 -- Ms. West's leave was not denied by Mr. Adams until the very moment she tried to leave. The number of hours of AWOL/LWOP she is being charged with continues to grow.
2. 5/4/2005 -- This was in violation of her settlement agreement (to work on weekends).
3. 01/2000 -- This should read, "...different parking arrangement *until* Mr. Adams revoked it in violation of her settlement agreement."



4. 07/1998 – Mr. Edwards frequented the area within one mile of where Ms. West was to be working.
5. 10/10/1997 – Ms. West was the only woman required to take the courses.

Thank you for your assistance in these matters. If you have any further questions or concerns, please do not hesitate to contact me at your convenience.

Michael Beattie