UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUELINE WEST )<br>    Plaintiff )<br>)<br>v. )<br>)<br>JOHN E. POTTER )<br>Postmaster General )<br>United States Postal Service )<br>    Defendant ) | | Case No. <u>06-00531-HHK</u> |

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff Jacqueline West, through counsel, hereby moves to extend the time within which she may respond to Defendant's Motion to Dismiss, or in the alternative for Summary Judgment filed on September 20, 2006. In support of this motion, Plaintiff respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Plaintiff's counsel has consulted with Defendant's counsel concerning this motion. Defendant's counsel has stated that Defendant will not oppose this motion.

                                            Respectfully Submitted,

                                            _____
                                            Michael J. Beattie, Bar # 450873
                                            Employee Rights Law Group
                                            9502 B Lee Highway
                                            Fairfax, Virginia 22031
                                            703-273-2235
                                            703-273-3440
                                            mjbeattie@verizon.net
                                            *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUELINE WEST | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v | ) | Case No. <u>06-00531-HHK</u> |
| | ) | |
| JOHN E. POTTER | ) | |
| Postmaster General | ) | |
| United States Postal Service | ) | |
|     Defendant | ) | |

_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), a deadline set by rule may be extended for good cause shown.

1. Defendant has filed a Motion to Dismiss, or in the alternative for Summary Judgment on September 20, 2006. Plaintiff is due to file a response in the form of an Opposition to the Motion to Dismiss, and is seeking an extension of time of about 60 days in order to accomplish preparing and filing the Opposition.

2. In the months of August and September of 2006, Plaintiff's counsel's law firm underwent major changes, with two long-time associates leaving within quick succession of each other.

3. Counsel therefore had to manage both the current client caseload and major deadlines single-handedly, while at the same time interviewing potential associates to fill the two vacant positions.

4. It was only on or around September 8, 2006 and October 1, 2006 that undersigned counsel was able to hire two new associates to join his law practice and assign current clients and cases to them, including the present case.

5. During that period of transition, the undersigned counsel had to extend into October and November and beyond, several major deadlines in other cases. At this time, therefore, counsel is attempting to meet those previously extended deadlines.

6. Throughout the course of this case, Defendant has filed several motions seeking extensions of time to respond, to which Plaintiff has consented.

7. Defendant's current Motion to Dismiss consists of almost 30 pages, and contains a lengthy list of about 11 exhibits, including affidavits, which will require considerable time for review and response.

8. Accordingly, the undersigned counsel anticipates that he will need until December 20, 2006 to prepare and complete an Opposition to Defendant's Motion to Dismiss, or in the alternative for Summary Judgment.

9. Counsels for both parties have conferred with each other and it has been agreed that Defendant will not oppose this motion.

10. The Court has not yet set a date for an initial scheduling conference in this case. Thus, the requested extension of time would not affect any scheduled court appearances, nor would it cause any undue prejudice or harm to either party.

Wherefore, Plaintiff respectfully requests that an extension of time until December 20, 2006 be granted to allow the Plaintiff to file her opposition response to Defendant's Motion to Dismiss.

Respectfully Submitted,

_____
Michael J. Beattie, Bar # 450873
Employee Rights Law Group
9502 B Lee Highway
Fairfax, Virginia 22031
703-273-2235
703-273-3440
mjbeattie@verizon.net

*Counsel for Plaintiff*