UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUELINE WEST | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. <u>06-00531-HHK</u> |
| | ) | |
| JOHN E. POTTER | ) | |
| Postmaster General | ) | |
| United States Postal Service | ) | |
|     Defendant | ) | |

_____

**ORDER**

Upon consideration of Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss, or in the alternative for Summary Judgment, and any oppositions and replies thereto, it is this _____ day of October 2006,

ORDERED that the Motion for Extension of Time be and is hereby GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have until December 20, 2006 to file an Opposition to Defendant's Motion to Dismiss, or in the alternative for Summary Judgment.

                                                                                                     _____
                                                                                                     Hon. Henry H. Kennedy
                                                                                                     U.S. District Court Judge

cc. via Pacer

| | |
|---|---|
| Michael J. Beattie | John C. Truong |
| Counsel for Plaintiff | Assistant United States Attorney |