UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST )<br>  Plaintiff )<br>)<br>v. )<br>)<br>JOHN E. POTTER )<br>Postmaster General )<br>United States Postal Service )<br>  Defendant ) | Case No. <u>06-00531-HHK</u> |

_____

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff Jacqueline West, through counsel, hereby moves for leave to file an amended complaint. In support of this motion, Plaintiff respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Plaintiff's counsel has consulted with Defendant's counsel concerning this motion. Counsel for defendant has taken no position on this matter at this time.

                Respectfully Submitted,

                _____
                Michael J. Beattie, Bar # 450873
                Employee Rights Law Group
                9502 B Lee Highway
                Fairfax, Virginia 22031
                703-273-2235
                703-273-3440
                mjbeattie@verizon.net
                *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACQUELINE WEST  ) | |
|     Plaintiff  ) | |
| ) | |
| v.  ) | Case No. <u>06-00531-HHK</u> |
| ) | |
| JOHN E. POTTER  ) | |
| Postmaster General  ) | |
| United States Postal Service  ) | |
|     Defendant  ) | |

___

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Defendant's filed a Motion to Dismiss on September 20, 2006.

2. After reviewing the defendant's motion, Plaintiff has made certain clarifications to its complaint to make it more comprehensible.

3. The amended complaint does not add new allegations. Instead, the amended complaint synthesizes and clarifies the prior suit.

4. Plaintiff has not added any new issues or made any major alterations to the complaint, but has merely endeavored to present a better and more coherent complaint.

5. Many of the amendments to the suit are specifically geared to respond to defendant's motion to dismiss. Assuming incorrectly, that the original complaint was deficient, the amended complaint cures any and all defects.

6. Plaintiff has not sought to amend the complaint prior to this filing, thus making it Plaintiff's first amended complaint.

7. Plaintiff has contacted defendant's counsel to inform him of this filing, and counsel for defendant takes no position on this matter at this time.

8. Plaintiff respectfully submits that no prejudice will be caused to defendant by the filing of this amended complaint.

Wherefore, Plaintiff respectfully requests leave of this Court to file her First Amended Complaint.

Respectfully Submitted,

_____
Michael J. Beattie, Bar # 450873
Employee Rights Law Group
9502 B Lee Highway
Fairfax, Virginia 22031
703-273-2235
703-273-3440
mjbeattie@verizon.net

*Counsel for Plaintiff*