UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | Next Court Date: None |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests an extension of time until January 22, 2007, to respond to Plaintiff Jacqueline West's Motion for Leave to Amend the Complaint (Dkt. No. 14) and Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (Dkt. No. 15).  Pursuant to Local Rule 7(m), the parties conferred and Ms. West's counsel opposes this Motion.  A scheduling order has not been issued by the Court.

There is good cause to grant this Motion.  In response to Defendant's dispositive motion, on December 20, 2006,  Plaintiff filed her opposition and, concurrently, also sought leave to amend the Complaint.  Under the interaction of Fed. R. Civ. P. 6(a) and Local Rules 7(b) and 7(d), Defendant's response to Plaintiff's motion for leave to amend is due on January 3, 2007. Defendant's reply is due on January 2, 2007.

The undersigned is scheduled to be out of town beginning December 23, 2006, and will not return to the office until January 2, 2007.  More significantly, Defendant needs the additional time to evaluate Plaintiff's proposed Amended Complaint to determine whether to oppose

Plaintiff's motion.  Furthermore, the additional time is needed to determine whether Plaintiff's proposed Amended Complaint moots out some or all of Defendant's arguments advanced in the dispositive motion.   To extent that the proposed Amended Complaint renders Defendant's dispositive motion moot and there is no basis for opposing the motion for leave to amend, Defendant shall advise the Court of this determination.  Defendant will then respond to the Amended Complaint after the Court orders it filed.

For these reasons, the Court should grant the requested extension of time until January 22, 2007, for Defendant to respond Plaintiff's Motion for Leave and Opposition to Defendant's dispositive motion.

Dated: December 22 2006.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST,           ) | |
|                                 ) | |
|     Plaintiff,           ) | |
|                                 ) | |
|     v.           ) | Civ. No.: 06-531 (HHK) |
|                                 ) | ECF |
| JOHN POTTER,           ) | |
|                                 ) | |
|     Defendant.           ) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 22, 2007, to respond to Plaintiff's Motion for Leave to Amend (Dkt. No. 14) and Opposition (Dkt. No. 15).\

SO ORDERED.

_____
U.S. District Judge