UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | Next Court Date: None |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests an extension of time from February 1, 2007, to February 15, 2007, to respond to Plaintiff Jacqueline West's Amended Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion. A scheduling order has not been issued by the Court.

There is good cause to grant this Motion. Defendant fully intended to respond to Plaintiff's Amended Complaint by February 1, 2007 (the due date); however, other pressing obligations have prevented the undersigned from completing the evaluation of Plaintiff's Amended Complaint. Specifically, in the last several days, the undersigned had to travel to New York for oral argument in the Second Circuit, filed an opposition to a motion to compel deposition, filed a response brief in the D.C. Circuit, and responded to a class action complaint in Mills v. Library of Congress, No. 04-2205 (HHK). Given these pressing matters, the agency counsel and the undersigned have not had an opportunity to complete evaluating the merits of Plaintiff's claims.

For these reasons, the Court should grant the requested extension of time until February 15, 2007, for Defendant to respond to Plaintiff's Amended Complaint.

Dated: February 1, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 15, 2007, to respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____
U.S. District Judge