UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUELINE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-531 (HHK) |
| | ) | ECF |
| JOHN POTTER, | ) | |
| | ) | Next Court Date: None |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Defendant John Potter, Postmaster General, United States Postal Service, respectfully requests an extension of time from February 15, 2007, to February 22, 2007, to respond to Plaintiff Jacqueline West's Amended Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion. A scheduling order has not been issued by the Court.

There is good cause to grant this Motion. Defendant fully intended to respond to Plaintiff's Amended Complaint by February 15, 2007 (the due date); however, other pressing obligations have prevented the undersigned from completing the evaluation of Plaintiff's Amended Complaint. Furthermore, given the inclement weather condition of the past two days, the undersigned was not able to confer with agency counsel to complete preparing an appropriate response to the Amended Complaint. Also, a one-week extension is needed to prepare the response and submit for supervisory and client review prior to filing it with Court.

For these reasons, the Court should grant the requested extension of time until February 22, 2007, for Defendant to respond to Plaintiff's Amended Complaint.

Dated: February 15, 2007.             Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 22, 2007, to respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____
U.S. District Judge