UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACQUELINE WEST,                :

   Plaintiff,                    :

   v.                            :

JOHN E. POTTER,                 :    Civil Action No. 06-00531 (HHK)
Postmaster General,
United States Postal Service,   :

   Defendant                     :

...oOo...

## DECLARATION OF STEVEN A. MUMMENDEY

I, Steven A. Mummendey, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently a Maintenance Engineering Analyst for the Capital Metro Area in Gaithersburg, Maryland.

2. Previously, from December 1997 to September 2003, I worked as a Maintenance Engineering Specialist at the Curseen & Morris Processing and Distribution Center (P&DC) (formerly Brentwood) in Washington, D.C.

3. I supervised Jacqueline West from November 2001 until December 2003 when the maintenance employees and I returned to the P&DC after fumigation.

1

4. Beginning in October 2003, Ms. West was managing a job bidding system for craft employees. I performed this duty as a Level 18 employee from 1997-2003. When I was promoted to a Level 23 employee on September 23, 2003, I continued to perform this task until it was transferred to Ms. West in October 2003. After Ms. West stopped coming to work in May 2005, I took the task over once again because I was familiar with it.

5. The task of managing the job bidding system took me a couple of hours a week. The bulk of my job responsibilities as a maintenance manager at the P&DC, however, consisted of managing maintenance supervisors and craft employees.

6. Managing the job bidding system is a collateral duty that can be performed by employees at various levels. I am aware that in some facilities it is performed by Level 5 or 6 Maintenance Support Clerks.

7. I am unaware of any settlement agreement Ms. West has or had with the Postal Service.

8. At no time did Ms. West complain about administrative duties or indicate that she should receive higher level pay for performing them.

9. On May 31, 2005, Plaintiff left work abruptly and never returned.

10. Time and attendance records indicate that in the remainder of the pay period immediately following Ms. West's departure, she was charged 66 hours of annual leave from June 1-10, 2005. (Exhibit (Ex.) 1). She was not charged any other type of leave during the remainder of this pay period, i.e., June 1-10, 2005.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

STEVEN A. MUMMENDEY
Maintenance Engineering Analyst

Executed on this 18th day of September 2006.

# EXHIBIT 1

**UNITED STATES POSTAL SERVICE ®**

| | | | |
|---|---|---|---|
| Report: | TACS00R3 | Restricted USPS T&A Information | User ID: FCBXR0 |
| YrPPWk: | 2005-11-1 to 2005-13-1 | CURSEEN-MORRIS P&DC | Date: 09/18/06 |
| Fin. #: | 10-5001 | Employee Everything Report | Time: 09.25 PM |
| | | | Page: 5 |

YrPPWk: 2005-12-1                              Weekly
Sub-Unit: 0000

| | | | | | |
|---|---|---|---|---|---|
| Pay Loc/Fin. Unit | 620 / 0000 | Variable EAS  N | Annual Lv Bal. | 672.00 | FMLA Hrs  1764.00 |
| Employee ID | XXX-XX-0398 | Borrowed  N | Sick Lv Bal. | 2077.31 | FMLA Used  00.00 |
| Employee Name | WFST           J | Auto H/L  N | LWOP Lv Bal. | 00.00 | SLDC Used  00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1281 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 06-1 | 3500 | 9330-00 | E0 | 17 | S | 000000 | 10-5001 | | 2005-12-1 | 2005-12-1 | 07.00 | 16.00 | 1.00 | Y | —MTWTF |

**Processed Clock Rings**

Monday
   Base                05800: 008.00
   EBR #

Tuesday
   Base                05200: 008.00
   EBR #
   999-9999 BT   05/31   07.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   05/31   06.05
                                                                                                               ___-__-____   __/__   00.00
   999-9999 OL   05/31   11.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   05/31   10.03
                                                                                                                  ___-__-____   __/__   00.00
   999-9999 ET   05/31   11.53   10-5001   9330-00   000000   __.__   XXX-XX-9999   06/02   04.87   (W)Ring Deleted From PC
                                                                                                                  XXX-XX-9999   06/02   05.68
   888-8888 05501   05/31   11.53   10-5001   9330-00   000000   03.98   XXX-XX-3558   06/02   05.80   (W)Ring Deleted From PC
                                                                                                                  XXX-XX-3558   06/02   05.67
   999-9999 IL   05/31   12.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   05/31   11.03
                           ___-__-____   __/__   00.00
   999-9999 ET   05/31   16.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   05/31   15.05
                           ___-__-____   __/__   00.00

Wednesday
   Base                05501: 008.00
   EBR #
   888-8888 05501   06/01   07.00   10-5001   9330-00   000000   08.00   XXX-XX-3558   06/02   05.85
                       ___-__-____   __/__   00.00
   999-9999 BT   06/01   07.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   06/01   06.05   (W)Ring Deleted From PC
                       XXX-XX-9999   06/02   04.92
   999-9999 OL   06/01   11.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   06/01   10.05   (W)Ring Deleted From PC
                       XXX-XX-9999   06/02   04.92
   999-9999 IL   06/01   12.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   06/01   11.03   (W)Ring Deleted From PC
                       XXX-XX-9999   06/02   04.92
   999-9999 ET   06/01   16.00   10-5001   9330-00   000000   __.__   XXX-XX-9999   06/01   15.03   (W)Ring Deleted From PC
                       XXX-XX-9999   06/02   04.92

Thursday
   Base                05501: 008.00
   EBR #
   888-8888 05501   06/02   07.00   10-5001   9330-00   000000   08.00   XXX-XX-3558   06/02   05.85
                       ___-__-____   __/__   00.00

Friday
   Base                  05501: 008.00
   EBR #
   888-8888 05501   06/03   07.00   10-5001   9330-00   000000   08.00   XXX-XX-3558   06/02   05.85
                       ___-__-____   __/__   00.00

**Weekly Total**
   Paid Hours:   Base       052: 008.00   055: 024.00   058: 008.00
   TACS Hours:   Base       052: 008.00   055: 024.00   058: 008.00

**Un-Processed Rings**
   EBR#

| UNITED STATES POSTAL SERVICE ® | | | | User ID: FGBXBB |
|---|---|---|---|---|
| Report: | TAC500R3 | Restricted USPS T&A Information | | Date: 09/18/06 |
| YrPPWk: | 2005-11-1 to 2005-13-1 | CURSEEN-MORRIS P&DC | | Time: 09:25 PM |
| Fin. #: | 10-5001 | Employee Everything Report | | Page: 6 |

YrPPWk: 2005-12-2                                     Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 620 / 0000 | Variable EAS | N | Annual Lv Bal. | 672.00 | FMLA Hrs | 1764.00 |
|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX 9398 | Borrowed | N | Sick Lv Bal. | 2077.31 | FMLA Used | 00.00 |
| Employee Name | WEST           J | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 06-7 | 3500 | 9330-00 | E0 | 17 | S | 000000 | 10-5001 |  | 2005-12-2 | 2005-12-2 | 07.00 | 16.00 | 1.00 | Y | S-TWTF |

**Processed Clock Rings**

Saturday
    Base                05501: 008.00
    EBR #
    999-9999  BT    06/04  07.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/08  12.35  (W)Ring Deleted From PC
                                                                                          XXX-XX-9999  06/09  10.23
    888-8888  05501  06/04  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/09  14.17
                                                                                                         -.-         /__   00.00
    000-0000  05501  06/04  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/09  10.23  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  13.20
    999-9999  OL    06/04  11.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/08  12.35  (W)Ring Deleted From PC
                                                                                         XXX-XX-9999  06/09  10.23
    999-9999  IL    06/04  12.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/08  12.35  (W)Ring Deleted From PC
                                                                                         XXX-XX-9999  06/09  10.23
    999-9999  ET    06/04  16.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/08  12.35  (W)Ring Deleted From PC
                                                                                         XXX-XX-9999  06/09  10.23

Tuesday
    Base                05501: 008.00
    EBR #
    888-8888  05501  06/07  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/09  14.20
                                                                                     -.-         /__   00.00
    999-9999  BT    06/07  07.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                         XXX-XX-9999  06/09  10.28
    000-0000  05501  06/07  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/09  10.28  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  13.22
    888-8888  05501  06/07  07.00  10-5001  9330-00  000000  08.00  XXX-XX-3558  06/07  03.07  (W)Ring Deleted From PC
                                                                                        XXX-XX-3558  06/09  09.08
    999-9999  OL    06/07  11.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  10.28
    999-9999  IL    06/07  12.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  10.28
    999-9999  ET    06/07  16.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  10.28

Wednesday
    Base                05501: 008.00
    EBR #
    888-8888  05501  06/08  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/09  14.20
                                                                                     -.-         /__   00.00
    999-9999  BT    06/08  07.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                         XXX-XX-9999  06/09  10.28
    000-0000  05501  06/08  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/09  10.28  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  13.22
    888-8888  05501  06/08  07.00  10-5001  9330-00  000000  08.00  XXX-XX-3558  06/07  03.07  (W)Ring Deleted From PC
                                                                                        XXX-XX-3558  06/09  09.08
    999-9999  OL    06/08  11.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  10.28
    999-9999  IL    06/08  12.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  10.28
    999-9999  ET    06/08  16.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/09  08.10  (W)Ring Deleted From PC
                                                                                        XXX-XX-9999  06/09  10.28

| UNITED STATES POSTAL SERVICE® | | | | | User ID: FCBXBD |
|---|---|---|---|---|---|
| Report: | TAC500R3 | | Restricted USPS T&A Information | | Date: 09/18/06 |
| YrPPWk: | 2005-11-1 to 2005-13-1 | | CURSEEN-MORRIS P&DC | | Time: 09:25 PM |
| Fin. #: | 10-5001 | | Employee Everything Report | | Page: 7 |

YrPPWk: 2005-12-2                                    Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 620 / 0000 | Variable EAS | N | Annual Lv Bal. | 672.00 | FMLA Hrs | 1764.00 |
|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX-9398 | Borrowed | N | Sick Lv Bal. | 2077.31 | FMLA Used | 00.00 |
| Employee Name | WEST           J | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

**Processed Clock Rings**

Thursday
   Base            05501: 008.00
   EBR #
   888-8888 05501 06/09 07.00 10-5001 9330-00 000000 08.00 XXX-XX-6218 06/09 14.20
                                                           -   -       _/_   00.00
   999-9999 BT    06/09 07.00 10-5001 9330-00 000000 _.__ XXX-XX-9999 06/09 08.10 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/09 10.28
   888-8888 05501 06/09 07.00 10-5001 9330-00 000000 08.00 XXX-XX-3558 06/07 03.07 (W)Ring Deleted From PC
                                                           XXX-XX-3558 06/09 09.08
   000-0000 05501 06/09 07.00 10-5001 9330-00 000000 08.00 XXX-XX-6218 06/09 10.28 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/09 13.25
   999-9999 OL   06/09 11.00 10-5001 9330-00 000000 _.__ XXX-XX-9999 06/09 10.03 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/09 10.28

Friday
   Base            05501: 008.00
   EBR #
   888-8888 05501 06/10 07.00 10-5001 9330-00 000000 08.00 XXX-XX-6218 06/09 14.20
                                                           -   -       _/_   00.00
   888-8888 05501 06/10 07.00 10-5001 9330-00 000000 08.00 XXX-XX-3558 06/07 03.07 (W)Ring Deleted From PC
                                                           XXX-XX-3558 06/09 09.08
   000-0000 05501 06/10 07.00 10-5001 9330-00 000000 08.00 XXX-XX-6218 06/09 10.30 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/09 13.25

**Weekly Total**
   Paid Hours : Base           055: 040.00
   TACS Hours : Base           055: 040.00

**Un-Processed Rings**
   EBR#
   999-9999 BT   06/06 07.00 10-5001 9330-00 000000 .    XXX-XX-9999 06/06 06.05 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/07 02.12
   888-8888 05501 06/06 07.00 10-5001 9330-00 000000 08.00 XXX-XX-3558 06/07 03.07 (W)Ring Deleted From PC
                                                           XXX-XX-3558 06/09 09.08
   999-9999 OL   06/06 11.00 10-5001 9330-00 000000 _.__ XXX-XX-9999 06/06 10.03 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/07 02.12
   999-9999 IL   06/06 12.00 10-5001 9330-00 000000 _.__ XXX-XX-9999 06/06 11.03 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/07 02.12
   999-9999 ET   06/06 16.00 10-5001 9330-00 000000 _.__ XXX-XX-9999 06/06 15.03 (W)Ring Deleted From PC
                                                           XXX-XX-9999 06/07 02.12

**UNITED STATES POSTAL SERVICE**

| Report: | TAC500R3 | Restricted USPS T&A Information | User ID: | FCBX80 |
|---|---|---|---|---|
| YrPPWk: | 2005-11-1 to 2005-13-1 | CURSEEN-MORRIS P&DC | Date: | 08/18/06 |
| Fin. #: | 10 5001 | Employee Everything Report | Time: | 09:25 PM |
|  |  |  | Page: | 8 |

YrPPWk: 2005-13-1          Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 520 / 0000 | Variable EAS | N | Annual Lv Bal. | 008.00 | FMLA Hrs | 100.00 |
|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX-9398 | Borrowed | N | Sick Lv Bal. | 2081.31 | FMLA Used | 00.00 |
| Employee Name | WEST            J | Auto H/L | N | LWOP Lv Bal | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 06-7 | 3500 | 9330-00 | E0 | 17 | S | 000000 | 10-5001 |  | 2005-13-1 | 2005-13-1 | 07.00 | 16.00 | 1.00 | Y | S—TWTF |

**Processed Clock Rings**

Saturday
   Base        05501: 008.00
   EBR #
   888-8888  05501  06/11  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/09  14.20
                                                                          —.—    /    00.00

Tuesday
   Base        05501: 008.00
   EBR #
   888-8888  05501  06/14  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/15  10.00
                                                                            —.—    /    00.00
   000-0000  05501  06/14  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/13  14.70  (W)Ring Deleted From PC
                                                                          XXX-XX-9999  06/15  09.05

Wednesday
   Base        05501: 008.00
   EBR #
   888-8888  05501  06/15  07.00  10-5001  9330-00  000000  08.00  XXX-XX-6218  06/15  10.00
                                                                          —.—    /    00.00
   999-9999  BT  06/15  07.00  10-5001  9330-00  000000  __.__  XXX-XX-9999  06/15  06.03  (W)Ring Deleted From PC
                                                                          XXX-XX-8888  06/15  09.05

Thursday
   Base        05501: 008.00
   EBR #
   888-8888  05501  06/16  07.00  10 5001  9330-00  000000  08.00  XXX-XX-6218  06/15  10.00
                                                                          —.—    /    00.00

Friday
   Base        05501: 008.00
   EBR #
   888-8888  05501  06/17  07.00  10 5001  9330-00  000000  08.00  XXX-XX-6218  06/15  10.00
                                                                          —.—    /    00.00

**Weekly Total**
   Paid Hours :   Base     055: 040.00
   TACS Hours .  Base     055: 040.00

**Un-Processed Rings**
   EBR#