UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST )<br>       Plaintiff )<br>)<br>) <br>)<br>JOHN E. POTTER )<br>Postmaster General )<br>United States Postal Service )<br>       Defendant ) | Case No. <u>06-00531-HHK</u> |

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff Jacqueline West, through counsel, hereby moves to extend the time within which she may respond to Defendant's Motion for Summary Judgment.

1. Council for plaintiff requires additional time to adequately respond to Defendant's motion.

Pursuant to LCvR 7(m), Plaintiff's counsel has consulted with Defendant's counsel concerning this motion. Defendant's counsel has stated that Defendant will not oppose this motion.

WHEREFORE, for the foregoing reasons, Plaintiff moves the Court for a continuance and enlargement of time of thirty (30) days, for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

_____
Michael J. Beattie, Esquire
D.C. Bar Number 450873
Employee Rights Law Group
9502-B Lee Highway
Fairfax, Virginia  22031
(703) 273-2235 (phone)
(703) 273-3440 (facsimile)

**Certificate of Service**

I certify that a copy of the foregoing Amended Complaint is being sent to the United States Postal Service on this date March 13, 2007 via electronic filing.

Case 1:06-cv-00531-HHK    Document 21    Filed 03/13/2007    Page 2 of 2