## Affidavit of Michael Beattie

I, Michael Beattie, make the following statement:

1. I sent the EEO breach letter to the correct office.

2. I called and wrote the opposing counsel asking that he ask the agency to give Mrs. West reasonable accommodations.

3. During the 2000-2001 Workers' Compensation dispute, Opposing counsel and I were able to reach a settlement that allowed Ms. West to return to work. That settlement included accommodating her so that she could continue to work productively. The terms included keeping her current position, days off, current schedule (Monday through Friday), and a parking arrangement permitting her to use a side entrance.

4. Over the past seven months, he has never responded to any these requests.

Sworn to and subscribed to under the penalties of perjury.

_____      4-4-07
**Affiant's signature**                                   **Date**

_____      4/4/07
**Notary Public**                                              **Date**

Affiant's Initials _____