**Affidavit**

**I, Jacqueline West, make the following statement:**

I've worked for the USPS for approximately 25 years. For years, I have been harassed, berated and retaliated against. Leonard Adams, (Manager, Maintenance Operations) told a former supervisor he knew I was responsible for encouraging Sandra Beverly to file an EEO sexual harassment complaint against him and threatened he would "get that bitch." The harassment culminated when a subordinate employee threatened to kill me, and an offensive and threatening cartoon that depicted a coffin and contained my name was left circulating in the office, I was followed home from the Post Office I was involuntarily transferred to after being threatened at work, was run off the road by Michael Edwards after he threatened to kill me, Leonard Adams rated my work performance unacceptable after saying you don't support management because you keep filing complaints as I had to file harassment complaints against him also (the only unacceptable performance rating received in 25 years) and Leonard Adams sent a subordinate employee who I had the potential to supervise to stalk me. Further, Leonard Adams revoked the provisions that were made to ensure my health and safety on May 31, 2005 causing me to be hospitalized. Specifically, Michael Edwards made the threat to kill me in 1998 and tried to run me of the road in 2000. Since these incidents I have suffered from chronic post-traumatic stress disorder and depression diagnosed by my doctor.

In 2000, my attorney, Michael Beattie, and I settled with the USPS regarding my workers' compensation claim. My case number was **25-0526466** The terms of the settlement were: The Post Office never gave me a written limited duty job offer. Instead I received a non comparable adversarial position at the Southern Maryland Post Office. I was forced to accept a position supervising custodians on the night shift working weekends as if I had done something wrong. I was never offered a comparable job. Instead I was given a Directed Local Reassignment Letter, threatened with removal, placed on AWOL for a job related injury, forced to work nights and followed home from the Post Office I asked not to be transferred to as I knew Michael Edwards frequented that facility so I was put in harms way.

On 2/5/1999 I was transferred to a different post office; - this was done as a Directed local Reassignment Letter. After being threatened in this letter I was told, Your failure to report may result in disciplinary action, up to and including removal from the Postal Service. I was initially promised the day shift with weekends off, after 30 days the manager stated he didn't have any such job for me and I eventually ended up on the night shift, supervising custodians and then forced to accept a night job. Prior to being threatened I worked the day shift; supervising mechanics.

Affiant's Initials _JW_