When the CEO heard about the situation I was reassigned back to the Brentwood Post Office, but with provisions. I was assigned administrative work. I was to supervise in room 1140E, Sat/Sun off, 7:00a.m. to 3:30 p.m. , entry thru the compound or supervisor's door and I parked my car on the official lot or on the compound which Leonard Adams eventually revoked. The USPS, however, failed to keep up their end of the settlement. In May 2005, Leonard Adams revoked all the provisions that had been in place for approximately 5 ½ years. He's making good on his promise to get me after the employee I was supervising successfully filed a sexual harassment claim against him and I filed several which have been ignored and I found myself under his management again May 2005.

At this point, I have attempted to return to work on two occasions. Both times, my Doctor's orders and my settlement agreement were violated. The first time the Post Office Doctor Butler refused to clear me to return to duty. He stated he would not return me to work with any one who threatened to kill me and then two years later tried to run me off the road. Further, he wouldn't return me to work for anyone who threatened me making the statements "get that bitch." referring to me and then revoking the provisions that were made to secure my health and safety after my life was threatened first verbally and then by vehicle. The Postal Doctor later had a change of heart after speaking with the DRAC committee at the Post Office. Further, my doctor's orders were violated as no provisions were made for me to enter the building other than the employee's entrance. The second time March 12, 2007, I was kept waiting in Damone Williams office for approximately 6 hours and then given a temporary job offer in violation of my doctor orders.

**Sworn to and subscribed to under the penalties of perjury.**

_Jacqueline West_      _4/3/07_
**Affiant's signature**            **Date**

_Edith M McGuyo_      _4/3/07_
**Notary Public**            **Date**
_expires 2/28/2010_

Affiant's Initials