4/2/01

(1) KATHERINE GOODE — USPS LAWYER?

WILLING TO CHANGE 1997 RATING TO ACCEPTABLE AS PART OF EEO SETTLEMENT {
- LEWIS HIGGENBOTHAM — MGR. MAINTENANCE BRENTWOOD
- MELVIN TAHIR — MGR. MAINTENANCE OPERATIONS BRENTWOOD

Ms. LAFONE GAINES (LABOR REL) ON FRIDAY ASKED IF EEO SETTLED OR NOT

SUPERVISOR of MAINTENANCE OPERATIONS 13 POSITIONS (DIFFERENT SHIFTS, DIFFERENT DAYS OFF)

2/14/99 — JACKIE'S POSITION WAS VACATED WHEN SHE WAS MOVED TO SOUTHERN MARYLAND BECAUSE SHE WAS BEING THREATENED (MICHAEL EDWARDS) EDDIE LOWE FILLED IN UNTIL 2000 SOMEBODY ELSE NOW HAS POSITION

JACKIE IS NOW ON SAT/SUN OFF DAY SHIFT & CALLED SUPERVISOR of MAINTENANCE OP. BUT DOING ADMIN (TIME + ATTEND) + STEP 2 GRIEVANCES (HAD BEEN DIVIDED BETWEEN LEVEL 22 MANAGERS)

(RATED ACCEPTABLE LAST YEAR TOLD WOULD GET