
**UNITED STATES POSTAL SERVICE**

April 3, 2001

Louis Higgenbotham
Manager Maintenance
900 Brentwood Road, N.E.
Washington, DC 20066

Please assist me in dropping the four EEO cases I filed which have been in the system for approximately 5 years. To drop all appeals against the Postal Service, I am requesting the following, which include provisions that have already been made:

1. Keep current position, days off and tour as promised
2. 1997 unacceptable rating changed to acceptable – prorated
3. Keep present parking arrangements – near gas pump or compound
4. Assigned job to Grade 19 in Labor Relations
5. Attorney fees $1,500
6. Compensatory damages $10,000

To rapidly adjudicate the four cases and discontinue the costly appeal process, I am requesting your response as soon as possible in writing.


Jacqueline West
Supervisor Maintenance Operations

*Jacqueline West*