**U.S. Postal Service**
# Routing Slip

| | To | Dept., Office or Room No. |
|---|---|---|
| 1. | Melvin Tahir | |
| 2. | Manager, Maintenance Operations | |
| 3. | Louis Higgenbotham | |
| 4. | Manager, Maintenance | |
| 5. | Timothy C. Haney | |
| 6. | Plant, Manager | |

____ Approval
____ Signature
____ Comment
____ See Me
____ As Requested
____ Information
____ Read and Return
____ Read and File
____ Necessary Action
____ Investigate
____ Recommendation
____ Prepare Reply
____ _____

From: Jacqueline West *(signed: Jacqueline West)*
Supervisor, Maintenance/Operations

Date: 05/07/01

Extension: _____
Room No.: 1140E

**Remarks**

Please sign below to acknowledge your agreement to change the unacceptable performance rating I received for 1997 to acceptable. As a result, I will discontinue my EEO appeal.

Thank you,

*(signature)*

Melvin Tahir
Manager, Maintenance Operations

_____
Louis Higginbotham
Manager, Maintenance

_____
Timothy C. Haney
Senior, Plant Manager

TransFORM Item 0-13, August 1976