U.S. Postal Service
# Routing Slip

| To | Dept., Office or Room No. | |
|---|---|---|
| 1. Lieutenant, Clawson | | ___ Approval |
| 2. | | ___ Signature |
| 3. | | ___ Comment |
| 4. | | ___ See Me |
| 5. | | ___ As Requested |
| 6. | | ___ Information |
| | | ___ Read and Return |
| | | ___ Read and Flie |
| | | ___ Necessary Action |
| | | ___ Investigate |
| | | ___ Recommendation |
| | | ___ Prepare Reply |

From:
Louis I. Higginbotham
Manager, Maintenance

Extension 1338
Room No. 2238

Date   09/14/00

**Remarks**

**Jacqueline West, Supervisor, Maintenance Operations is authorized to park in the Official Parking Lot.**

Tag Numbers:  Maryland - HV00695
Maryland - M212808

Your cooperation is appreciated.

TransFORM Item 0-13, August 1976