U.S. Postal Service
# Routing Slip

| To | Dept., Office or Room No. | |
|---|---|---|
| 1. Postal Police | | ___ Approval |
| 2. | | ___ Signature |
| | | ___ Comment |
| 3. | | ___ See Me |
| | | ___ As Requested |
| 4. | | ___ Information |
| | | ___ Read and Return |
| 5. | | ___ Read and File |
| | | ___ Necessary Action |
| 6. | | ___ Investigate |
| | | ___ Recommendation |
| | | ___ Prepare Reply |

**From:** Timothy C. Haney
Senior Plant Manager

**Date:** 12/14/00

**Extension:**

**Room No.:**

**Remarks**

Supervisor, Maintenance Operations Jackie West is authorized to park her personal vehicle in the non reserved spaces across from dock 90 adjacent to the fuel island.



TransFORM Item 0-13, August 1976