*Joshi & Merchant, M.D., P.A.*

14201 Laurel Park Drive, #221
Laurel, MD 20707
Phone (301) 317-6575
Fax (301) 317-9376

♦

1101 St. Paul Street, #401
Baltimore, MD 21202
Phone (410) 727-4088
Fax (410) 727-0207

July 5, 2006

RE: JACQUELINE WEST

U.S. Department of Labor
P.O. Box 8300
London, KY 40742

To Whom It May Concern:

This is to certify that Ms. Jacqueline West has been followed in this outpatient clinic since September 20, 2005 and she is being treated with medication. Her current diagnosis is 309.81 Post-Traumatic Stress Disorder (chronic) and 311 Major Depressive Disorder NOS.

If you have any further questions, please call me at 301-317-6575.

Sincerely,

Irfan Saeed, MD
Diplomate American Board of Psychiatry