# Joshi & Merchant, MD, P.A

5500 Knoll North Drive, Suite 290
Columbia, MD 21045
Phone (301) 317-6575
FAX (301) 317-9376

March 6, 2007

RE: **JACQUELINE WEST**

Miss Toni Grier
Manager, Injury Compensation

Dear Miss Grier:

This is to certify that Ms. Jacqueline West has been under my care. Her symptoms are improving, and therefore she is recommended to return to work if the following favorable conditions are met:

1. She return to work on the day shift, <u>not</u> weekends or night shift, as previously decided.
2. The patient's responsibilities include <u>only</u> administrative duties with no employee supervision.
3. Patient may return to work only if individuals who have harassed her in the past will be removed from her job location.

Hopefully this will encourage her to return to work successfully on March 12, 2007, and will keep her in a safe and supportive work environment that will preserve her physical and emotional health.

If you have any questions, please feel free to call my office.

Sincerely,

Irfan Saeed, M.D.
Diplomate American Board of Psychiatry

IS/cr