**In the United States District Court
for the District of Columbia**

| | | |
|---|---|---|
| Jacqueline West, | ) | |
| Plaintiff | ) | |
| v. | ) | Case Number: <u>06-00531-HHK</u> |
| | ) | |
| John Potter, in his official capacity as | ) | |
| United States Postmaster General | ) | |
| United States Postal Service, | ) | |
| Defendant | ) | |

_____

**ORDER**

Upon consideration of Plaintiff's opposition in response to Defendant's Motion to

Dismiss, and any oppositions and replies thereto, it is this _____ day of

_____2007,

ORDERED that the Plaintiff's opposition in response to Defendant's Motion to Dismiss

be and is hereby GRANTED.

_____

U.S. District Court Judge

cc. via Pacer

| | |
|---|---|
| Michael J. Beattie | John C. Truong |
| Counsel for Plaintiff | Assistant United States Attorney |