UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUELINE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-531 (HHK) |
| | ) | ECF |
| JOHN POTTER, | ) | |
| | ) | Next Court Date: None |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Defendant respectfully requests an extension of time from April 16, 2007, to May 1, 2007, to file his Reply brief. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion. A scheduling order has not been issued by the Court.

There is good cause for the Court to grant this Motion. In response to Plaintiff's Amended Complaint, Defendant moved to dismiss or, in the alternative, for summary judgment. See Dtk. No. 20. Plaintiff filed her Opposition on April 4, 2007. See Dkt. No. 22. Under Local Rule 7(d), Defendant has until April 16, 2006, to file a Reply. However, the undersigned has a one-week jury trial in McIntyre v. Peters, Civ. No. 05-644 (D.D.C.) (Huvelle, J.) from April 16, 2007, to April 20, 2007.

Due to trial preparation the undersigned has not had an opportunity to confer with agency counsel on Plaintiff's Opposition. Furthermore, because of the trial itself the undersigned will not be able to file the Reply brief on April 16, 2007. For the week immediately following the trial, the undersigned has other filing obligations, including a Rule 72.2 motion for reconsideration, a response to a complaint, and a motion for summary judgment. In addition, in

that same week, the undersigned also has a mediation and a motions hearing.

For these reasons, the Court should grant the requested extension of time until May 1, 2007, for Defendant to file his Reply brief.

Dated: April 10, 2007.                                Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including May 1, 2007, to file his Reply brief.

SO ORDERED.

_____
U.S. District Judge