UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUELINE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-531 (HHK) |
| | ) | ECF |
| JOHN POTTER, | ) | |
| | ) | Next Court Date: None |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Defendant respectfully requests an extension of time from May 1, 2007, to May 15, 2007, to file his Reply brief. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion. A scheduling order has not been issued by the Court.

There is good cause for the Court to grant this Motion. Plaintiff's Opposition to Defendant's Motion for Summary Judgment raises several factual claims that must be investigated. Defendant is in the process of that investigation and an extension of time is needed for Defendant to complete that process. Furthermore, an extension is needed because the undersigned had other pressing matters that prevented the undersigned from devoting substantial time to preparing Defendant's Reply. For instance, in the past week the undersigned participated in a mediation session with Magistrate Judge Facciola, in <u>Armstrong v. Mineta</u>, Civ. No. 04-1661 (HHK), that lasted longer than anticipated. In addition, the undersigned had a hearing in a multi-district litigation matter that also consumed more time than anticipated.

For these reasons, the Court should grant the requested extension of time until May 15, 2007, for Defendant to file his Reply brief.

Dated: April 30, 2007.              Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-531 (HHK) |
| ) | ECF |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including May 15, 2007, to file his Reply brief.

SO ORDERED.

_____
U.S. District Judge