## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JOHN POTTER,  )<br>  )<br>    Defendant.  )<br>_____ ) | Civ. No.: 06-531 (HHK)<br>ECF<br><br>Next Court Date: None |

### DEFENDANT'S CONSENT MOTION FOR
### AN EXTENSION OF TIME

Defendant respectfully requests an extension of time from May 15, 2007, to May 24, 2007, to file his Reply brief.  Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion.  A scheduling order has not been issued by the Court.

There is good cause for the Court to grant this Motion.  An extension is needed because the undersigned had other pressing matters that prevented the undersigned from devoting substantial time to preparing Defendant's Reply.  For instance, in the past week the undersigned devoted a substantial amount of time to two unexpected, emergency matters that required more time than anticipated.  Furthermore, the undersigned had to file two substantial briefs in yet another two other cases.

For these reasons, the Court should grant the requested extension of time until May 24, 2007, for Defendant to file his Reply brief.

Dated: May 14, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>JOHN POTTER, )<br>)<br>   Defendant. )<br>_____) | Civ. No.: 06-531 (HHK)<br>ECF |

## ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including May 24, 2007, to file his Reply brief.

SO ORDERED.

_____
U.S. District Judge