In the United States District Court for the District of Columbia

Jacqueline West                                            Case Number-06-00531-HHK

v.

United States Postal Service

**Motion to Withdraw**

Counsel for plaintiff, Michael Beattie, hereby moves the court to permit him to withdraw from the case.

Second, my attorney states it would not be proper for me to remain as the attorney of record in this case, and the client would be better served by retaining new counsel, and it would not be ethically permissible for me to remain on the case. The necessity to withdraw is solely my responsibility, and the client is in no way at fault.

Legal requirement for this motion have been met. I notified the client of my intent to withdraw from this case by certified mail. An attorney may not withdraw from a case at a phase of the case which would prejudice the client. Currently, this court has before it a motion to dismiss. Plaintiff has already filed all necessary papers in response to this motion. The court may not rule on the motion for some time. Plaintiff is not aware of any deadlines. As a result, Mrs. West will have plenty of time to procure a new attorney, and my withdrawal will not prejudice Mrs. West's probability of success on the merits.

A copy of this motion has been sent to Mrs. West so that she has the option to provide any feedback or comments.

        Respectfully submitted,

_____
Michael Beattie
9502 B Lee Highway
Fairfax, VA 22031
(703) 896-1150
(703) 273-3440 Fax
mjbeattie@verizon.net

Certificate of Service

A copy of the foregoing has been sent electronically to opposing counsel and the court and Mrs. West by regular 1st Class mail on this 21st day of May, 2007.

_____
Michael Beattie