UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUELINE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-531 (HHK) |
| | ) | ECF |
| JOHN POTTER, | ) | |
| | ) | Next Court Date: None |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME**

Defendant respectfully requests a three-business day extension of time from May 24, 2007, to May 30, 2007, to file his Reply brief. Pursuant to Local Rule 7(m), the undersigned counsel sent an email to Plaintiff's counsel seeking consent for this Motion. However, at the time of this filing, Plaintiff's counsel has not responded to the e-mail. In prior correspondence with Plaintiff's counsel, he indicated that he would not consent to another extension beyond the May 24, 2007 deadline. A scheduling order has not been issued by the Court.

There is good cause for the Court to grant this Motion. Witness preparation for Rule 30(b)(6) depositions during this past week has consumed more time that anticipated. The undesigned is under court order to complete these depositions by June 11, 2007. In addition, the undersigned has to devote substantial time to dealing with a discovery issue in yet another matter. In light of these pressing matters` and given the intervening federal holiday, an extension is needed for the undersigned to complete preparing the draft Reply for client and supervisory review prior to filing it with the Court.

For these reasons, the Court should grant the requested extension of time until May 30,

2007, for Defendant to file his Reply brief.

Dated: May 24, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE WEST, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No.: 06-531 (HHK) |
| | ) ECF |
| JOHN POTTER, | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including May 30, 2007, to file his Reply brief.

SO ORDERED.

_____
U.S. District Judge