UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACQUELINE WEST,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**JOHN POTTER,**<br><br>　　　　　**Defendant.** | Civil Action 06-00531 (HHK) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 3rd day of March 2008,

**ORDERED** that judgment is entered for defendant and this case is **DISMISSED**. This is a final appealable order.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge